*Skovronsky & Weiser*

*Attorneys at Law*

**MEMO ENDORSED.**

HAROLD SKOVRONSKY
CHARLES WEISER

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

*By ECF*

April 20, 2026

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:    PAYNE – v – COMMISSIONER OF SOCIAL SECURITY
       25-CV-8965

Honorable Magistrate Judge Wang:

I am writing to the Court to request an extension for the filing of plaintiff's brief, which had been due on March 12, 2026. Due to a clerical error in my office, I neglected to submit this request in a timely fashion, and I apologize to the Court for that omission. I respectfully ask the Court to grant a *nunc pro tunc* order allowing the plaintiff to serve and file his motion on or before May 19, 2026.

The Assistant United States Attorney consents to the forgoing request.

Respectfully,

Harold Skovronsky
Harold Skovronsky

**Application GRANTED. The deadline for Plaintiff's brief shall be May 27, 2026.**

HS:bs **The Commissioner's Brief is due June 26, 2026.**

**Plaintiff's reply is due July 10, 2026.**

**SO ORDERED.**

Ona T. Wang    May 18, 2026
U.S.M.J.