**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

ERICA P.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------X

25 **CIVIL** 8965 (GRJ)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated November 3, 2026, Plaintiff's Motion for Judgment on the Pleadings is GRANTED and this case is remanded for further administrative proceedings. Accordingly, final judgment is entered in favor of the Plaintiff and the case is closed.

**Dated:** New York, New York

November 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**